IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

EDWARD K. MCGEHEE                                                           PLAINTIFF

VS.                                    CASE NO. 4:04CV001416

UNION PACIFIC LONG-TERM DISABILITY PLAN
AND CONCENTRA INTEGRATED SERVICES, INC.                 DEFENDANTS

## JUDGMENT

Pursuant to the Order entered on this date, Judgment is hereby entered in favor of the Defendant. The Complaint is dismissed with prejudice. The Clerk is directed to close the case.

IT IS SO ORDERED this 21st day of March, 2008.

_____
James M. Moody
United States District Judge